**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: ) | | **Motion and Notice** |
| ) | | **Chapter 13** |
| BRIGGS, WILEY REED            xxx-xx-4045 ) | | |
| BRIGGS, CATHY SELLARS      xxx-xx-4679 ) | | No:   13-11580   C-13G |
| 2227 SHADY LANE ) | | |
| BURLINGTON, NC 27217 ) | | |
| Debtors ) | | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed February 19, 2014. Abacus Funding Group, LLC is being paid as a secured mortgage claimant through the disbursements by the Trustee on a claim scheduled to be paid in full and is further being paid escrow as a separate claim in the case in reference to Claim 10 on a mortgage account with last four digits 0266. On December 18, 2017 a Notice of Post-Petition Mortgage Fees, Expenses and Charges was filed in reference to Claim 10 in the amount of $1,407.25 indicating payment of property taxes August 15, 2017 in the amount of $571.25 and payment of homeowners insurance November 27, 2017 in the amount of $836.00. Abacus Funding Group, LLC is being paid as a separate claimant for escrow payments. The Trustee disbursed a total of $801.61 prior to November 2017 in escrow payments on the escrow claim of Abacus Funding Group, LLC for credit toward the 2017 escrow resulting in a balance due of $605.64. The Trustee is disbursing an ongoing payment of $118.73 in escrow for the month of December 2017 forward. The Trustee objects to the Notice of Post-Petition Mortgage Fees, Expenses and Charges as to the amount above $605.64 due to the escrow payments paid through November 2017. The Trustee recommends that an Order be entered sustaining the Trustee's objection to the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed December 18, 2017 in the amount of $1,407.25 above $605.64 and further scheduling an escrow delinquency claim for Abacus Funding Group, LLC in the amount of $605.64 representing the escrow delinquency for 2017 through November 2017 with payments to continue in the regular monthly payment amount of $118.73 on the escrow claim and the escrow delinquency claim to be paid in full as funds are available.

Date:  February 9, 2018                                                                                                    s/Anita Jo Kinlaw Troxler
AJKT:lac                                                                                                                              Standing Trustee

--------------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  March 27, 2018   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on  April 24, 2018   at 2:00 p.m., in the following location:

*Courtroom #2*
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

Date:  **February 15, 2018**                                                                                        OFFICE OF THE CLERK
                                                                                                                                              U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
13-11580 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27401-1720

WILEY REED BRIGGS
2227 SHADY LANE
BURLINGTON, NC 27217

CATHY SELLARS BRIGGS
2227 SHADY LANE
BURLINGTON, NC 27217

SHERRI LYNN HAMLETT ESQ
P O DRAWER 59
BURLINGTON, NC 27216

ATTN MANAGING AGENT **(Not on Matrix)**
ABACUS FUNDING GROUP LLC
% SN SERVICING CORP.
323 5TH STREET
EUREKA, CA 95501

SEAN M CORCORAN ESQ.
BROCK & SCOTT PLLC
8757 RED OAK BLVD. STE 150
CHARLOTTE NC 28217